| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| SARA RUTH REYNOLDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:11-CV-676 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the report of the United States magistrate judge recommending denial of the Plaintiff's Motion for Leave to Proceed *in forma pauperis* pursuant to such order, along with the record and pleadings.  No objections to the report of the United States magistrate judge were filed by the parties.

The court concludes that the findings of fact and conclusions of law of the United States magistrate judge are correct, and the report of the United States magistrate judge is ADOPTED. It is therefore

ORDERED that plaintiff's application to proceed in forma pauperis is DENIED. Failure to pay the filing fee within 60 days may result in dismissal of this action.   Alternatively, the Plaintiff can amend her financial affidavit and file an amended motion to proceed *in forma*

*pauperis* to include both her and her spouse's financial information.

SIGNED at Beaumont, Texas, this 13th day of February, 2012.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE